1  **SEYFARTH SHAW LLP**
    Todd C. Hunt (SBN: 174449) thunt@seyfarth.com
2   2029 Century Park East, Suite 3300
    Los Angeles, CA 90067-3063
3   Telephone: (310) 277-7200
    Facsimile: (310) 201-5219
4
    **SEYFARTH SHAW LLP**
5   Dana L. Peterson (SBN 178499) dpeterson@seyfarth.com
    Allison B. Moser (SBN 223065) amoser@seyfarth.com
6   560 Mission Street, Suite 3100
    San Francisco, CA 94105
7   Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
8
    Attorneys for Defendant
9   HEI SAN FRANCISCO LLC, d/b/a
    LE MERIDIEN SAN FRANCISCO
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
    CONNIE ARNOLD,                    )   Case No. C08-05406 JSW
13                                    )   (WDB)
            Plaintiff,                )   [PROPOSED] ORDER GRANTING
14                                    )   DEFENDANT'S REQUEST FOR
        v.                            )   EXCUSE OF CORPORATE
15                                    )   REPRESENTATIVE AT MEDIATION
    STARWOOD HOTELS & RESORTS WORLD)
16  WIDE, INC.; LE MERIDIEN SAN       )
    FRANCISCO; HEI SAN FRANCISCO LLC; )
17  And DOES 1-25, Inclusive          )
                                      )
18          Defendants.               )
                                      )
19  _____)

20      Pursuant to ADR Local Rules, Rule 6-10(d), Defendant HEI San Francisco LLC, dba Le
21  Meridien San Francisco requested on June 30, 2009 that its corporate representative, Glenn
22  Tuckman, be excused from attending in person mediation on July 23, 2009 with mediator
23  Kenneth H. Natkin. Defendant's request is granted on *the condition that he participate*
24  IT IS SO ORDERED.                                    *by phone.* (WDB)

25
26  DATED: 7-9-, 2009                    _____
                                         The Honorable Wayne D. Brazil
27                                       U.S.D.C., Northern District

28
    SF1 28360585.1 / 37370-000061                1
    [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXCUSE OF CORPORATE
                      REPRESENTATIVE AT MEDIATION