SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD<br><br>    Plaintiff,<br><br>v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC; LE MERIDIEN SAN FRANCISCO; HEI SAN FRANCISCO LLC; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C 08-05406 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR A CASE MANAGEMENT CONFERENCE**<br><br>Pursuant to paragraph 7 of General Order 56 And Local Rule 7-11 |

      Plaintiff Connie Arnold and Defendant HEI San Francisco LLC, dba Le Meridien San Francisco, by and through their attorneys of record, enter into this Stipulation And [Proposed] Order pursuant to the requirements of paragraph 7 of General Order 56 and Local Rule 7-11.

      Plaintiff brought this action against defendants alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

      The parties have complied with the requirements of paragraphs 1 through 6 of General Order 56.

      On July 23, 2009, the parties held a mediation conducted by ADR

assigned mediator Kenneth Natkin. The parties were not able to settle any aspect of the case at the mediation.

Because the case has not settled at mediation, the parties enter into this Stipulation pursuant to Local Rule 7-11 and request that the Court set a Case Management Conference pursuant to paragraph 7 of General Order 56.

This Stipulation may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

IT IS SO STIPULATED:

Date: July 28, 2009            SIDNEY J. COHEN
                               PROFESSIONAL CORPORATION

                               /s/ Sidney J. Cohen
                               _____
                               Sidney J. Cohen
                               Attorney for Plaintiff

Date: July 28, 2009            SEYFARTH SHAW LLP

                               /s/ Todd C. Hunt
                               _____
                               Todd C. Hunt
                               Attorney for Defendant

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Court shall conduct a Case Management Conference on __October 2_____, 2009 at _1:30 p.m._. The parties shall submit a Joint Case Management Statement no later than _September 25___, 2009.

Dated: July 29, 2009           Jeffrey S. White
                               U.S. District Judge

Stipulation And [Proposed] Order For Administrative
Relief For A Case Management Conference             -2-