SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
CONNIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC; LE MERIDIEN SAN FRANCISCO; HEI SAN FRANCISCO LLC; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C 08-05406 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |

    Plaintiff Connie Arnold and defendant HEI San Francisco LLC, dba Le Meridien San Francisco (erroneously sued independently as "Le Meridien San Francisco"), by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

    Plaintiff filed this lawsuit on December 2, 2008.

    Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant and which contains a provision for the court to retain jurisdiction to enforce the "Mutual Release And Settlement Agreement." Plaintiff and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Stipulation And Order For Dismissal                         -1-

1     Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

2     Defendant, who has answered the complaint, agrees to the dismissal with
3 prejudice.

4     This case is not a class action, and no receiver has been appointed.

5     This Stipulation and Order may be signed in counterparts, and facsimile
6 signatures shall be as valid and as binding as original signatures.

7     Wherefore, plaintiff and defendant, by and through their attorneys of
8 record, so stipulate.

9 Date: January 20, 2010     SIDNEY J. COHEN PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff Connie Arnold

13 Date: January 8, 2010     SEYFARTH SHAW LLP
/s/ Todd C. Hunt

Todd C. Hunt
Attorney for All Defendant
HEI San Francisco LLC, dba Le Meridien San Francisco

17 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

18     The lawsuit against defendant HEI San Francisco LLC, dba Le Meridien
19 San Francisco is dismissed with prejudice. ~~The Court shall retain jurisdiction to~~
20 ~~enforce the parties' "Mutual Release And Settlement Agreement."~~

21 Date: January 20, 2010

Jeffrey S. White
United States District Judge

Stipulation And Order For Dismissal      -2-